UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                      Plaintiff,

              -against-

JOHN DOE,

                     Defendant.
------------------------------------------------------------X

24 Civ. 2502 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 1, 2024, granted Plaintiff's request for an extension of time to serve Defendant and adjourned the deadline to serve Defendant to October 14, 2024.

WHEREAS, Plaintiff has not filed an affidavit of service on Defendant. It is hereby

**ORDERED** that, by **October 18, 2024**, Plaintiff shall file proof of service or a status letter explaining why Defendant has not been served.

Dated: October 15, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE